# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Tommy Duane Barnes, Individually and as a Repersenative of The Estate of Ashtian Barnes. Deceased; and Janice Huahes Barnes
     Plaintiffs

VS

Roberto Felix, Jr.
And the County of Harris, Texas
    Defendants.

C.A. NO.: 4:18-CV-0025

United States Courts
Southern District of Texas
FILED

OCT 17 2022

Nathan Ochsner, Clerk of Court

## PLAINTIFFS NOTICE OF APPEAL

Under Federal Rules of Civil Procedure 4, Plaintiff, Tommy Duane Barnes, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's granting of Defendant's Motion for Summary Jugment signed by the Court on March 31, 2021 and August 29, 2022 accordingly, and to all rulings and orders subsumed in that order.

Respectfully Submitted

Tommy Barnes

Tommy Barnes 2366706
Lopez State Jail
1203 El cibilo Road
Edinburg Texas 78542

# CERTIFICATE OF SERVICE

I, Tommy Duane Barnes, certify that on the 7th day of October year 2022 I mailed a copy of the above to the clerk of said court to be filed and a copy sent to all interested parties electronically.

Respectfully Submitted

Tommy Barnes

Tommy Barnes 2366706
Lopez State Jail
1203 Elcibilo Road
Edinburg Texas 78542

United States Courts
Southern District of Texas
FILED

OCT 17 2022

Nathan Ochsner, Clerk of Court

MCALLEN TX 785

13 OCT 2022 PM 1 T

Legal Mail

CLERK
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEX
POST OFFICE BOX 61010
HOUSTON TEXAS 77209

7720831010