# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

January 01, 2023

LYLE W CAYCE
CLERK



No. 22-20519    Barnes v. Felix
USDC No. 4:18-CV-725

Dear Clerk,

I'm challenging the courts official caption for it should read as: Tommy Duane Barnes, individually and as a representative of the Estate of Ashtian Barnes, Deceased; Janice Hughes Barnes,

　　　　　　　Plaintiffs-Appellants

　　　v.

Roberto Felix, Jr.; County of Harris Texas
　　　　　　　Defendants-Appellees

That's the original caption before I discovered fradulent practices of Adam Fomby. I would like for it to be changed back to original filing.

Respectfully Submitted
Tommy Barnes #2366706
Lopez State Jail
1203 El Cibilo Road
Edinburg Texas 78542

Sincerely
Tommy Barnes
Pro Se.



Tommy Barnes 2316870b
Lopez State Jail
1803 Eldorado Road
Edinburg, Texas 78540

Legal Mail

MCALLEN TX 785
06 JAN 2023 PM 1 L

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
600 S. MAESTRI PLACE SUITE 115
NEW ORLEANS, LA 70130