# NO. 22-20519

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

---

**JANICE HUGHES BARNES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ASHTIAN BARNES, DECEASED; TOMMY DUANE BARNES,**
Plaintiffs - Appellants,

v.

**ROBERTO FELIX, JR; COUNTY OF HARRIS, TEXAS,**
Defendants - Appellees

**Trial Court Case No.: 4:18-CV-00725**

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

---

**LETTER TO COURT FROM APPELLANT JANICE HUGHES BARNES**

---

Adam W. Fomby
State Bar No. 24083006
Howard R. Fomby
State Bar No. 24069725
440 Louisiana Street, Suite 900
Houston, Texas 77002
(281) 846-4229 Telephone
(888) 588-4925 Facsimile
adam@fombylaw.com
hfomby@fombylaw.com
**Attorneys for Appellant/Plaintiff Janice Hughes Barnes**

**ORAL ARGUMENT REQUESTED**

This letter is to confirm that copies of Appellant's Brief and Reply Brief were mailed today to Tommy Barnes at the Beeville correctional facility.

June 7, 2023

/s Howard Fomby
Howard Fomby
Counsel for Appellant Janice Barnes

# **CERTIFICATE OF COMPLIANCE**

Pursuant to 5th Cir. R. 32.2.7(c), the undersigned certifies this brief complies with the type-volume limitations of 5th Cir. R. 32.2.7(b).

1. Exclusive of the exempted portion in 5th Cir. R. 32.2.7(b)(3), this brief contains 11, 482 words, well fewer than 13,000 words.

2. This brief has been prepared in proportionally spaced typeface using Word Perfect 9.0 in Times New Roman typeface and 14 point font size.

3. The undersigned understands a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5th Cir. R. 32.2.7, may result in the Court's striking the brief and imposing sanctions against the person signing the brief.

/s Adam Fomby
Adam Fomby
Counsel for Plaintiff