# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 16, 2025

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130

      Re:  Janice H. Barnes
           v. Roberto Felix, et al.
           No. 23-1239 (Your docket No. 22-20519)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 16, 2025

Ms. Katherine Booth Wellington, Esq.
Hogan Lovells US LLP
125 High St., Suite 2010
Boston, MA 02110

Mr. Seth Barrett Hopkins, Esq.
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

Ms. Lisa S. Blatt, Esq.
Williams & Connolly LLP
680 Maine Avenue SW
Washington, D.C. 20024

Re:  **Janice H. Barnes
v. Roberto Felix, et al.
No. 23-1239**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | **$4,724.42** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$5,024.42** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 5th Cir.
(Your docket No. 22-20519)

# Supreme Court of the United States

No. 23–1239

**JANICE HUGHES BARNES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ASHTIAN BARNES, DECEASED,**

Petitioner

v.

**ROBERTO FELIX, JR., ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Janice Hughes Barnes, Individually and as Representative of the Estate of Ashtian Barnes, Deceased, recover from Roberto Felix, Jr., et al., Five Thousand Twenty-four Dollars and Forty-two Cents ($5,024.42) for costs herein expended.

May 15, 2025

**Printing of joint appendix:**   $4,724.42
**Clerk's costs:**                 $300.00
**Total:**                         $5,024.42

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States