# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2025

Mr. Tommy Duane Barnes
115 W. Main Street
Edna, TX 77957

        No. 22-20519    Barnes v. Felix
                        USDC No. 4:18-CV-725

Dear Mr. Barnes,

We received your letter requesting copies. We cannot give complimentary copies of opinions. The fee is $.50 per page payable in advance to the United States Courts. The amount due for this request is $6.00. We will process your request once we receive payment.

We received your letter requesting leave to file a petition for writ of certiorari in forma pauperis. Your petition for writ of certiorari should be filed with the Supreme Court. We will take no action on this document.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998