# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 14, 2025
Lyle W. Cayce
Clerk

No. 22-20519

---

Janice Hughes Barnes, *Individually and as Representative of* the Estate of Ashtian Barnes, *Deceased*; Tommy Duane Barnes,

*Plaintiffs—Appellants*,

*versus*

Roberto Felix, Jr.; County of Harris, Texas,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-725

---

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Elrod, *Chief Judge,* and Higginbotham, and Smith, *Circuit Judges*.

Per Curiam:

The petition for panel rehearing is DENIED. As no member of the panel or judge in regular active service has requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED. All motions for leave to file amicus briefs are DENIED as moot.