# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20519   Barnes v. Felix
                  USDC No. 4:18-CV-725

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Roeshawn Johnson, Deputy Clerk
                  504-310-7998

Mr. Tommy Duane Barnes
Mr. Michael James Bentley
Ms. Lauren Bonds
Mr. James Carroll Butt
Mr. Matthew P. Cavedon
Mr. Adam Fomby
Mr. Howard Rene Fomby II
Mr. Robert Henry Ford
Ms. Rachel Susan Fraser
Mr. Seth Barrett Hopkins
Mr. Nathan Ochsner