# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 18, 2025
Lyle W. Cayce
Clerk

No. 22-20519

Janice Hughes Barnes, *Individually and as Representative of* the Estate of Ashtian Barnes, *Deceased*; Tommy Duane Barnes,

*Plaintiffs—Appellants*,

*versus*

Roberto Felix, Jr.; County of Harris, Texas,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-725

_____

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Elrod, *Chief Judge*, and Higginbotham and Smith, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-20519

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Nov 21, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**