U.S. COURT OF APPEALS
RECEIVED
JAN 13 2026
FIFTH CIRCUIT

JANUARY 5th of 2026

MR. LYLE W. CAYCE
UNITED STATES COURT OF APPEALS
600 S. MAESTRI PLACE SUITE 215
NEW ORLEANS LA 70130

RE: NO. 22-20519 BARNES V. FELIX
U.S.D.C. NO. 4:18-CV-725

Dear Mr. Cayce,

I am writting you to request a copy of my brief on file. I am indigent and ask as a father of the deceased in above said case NO. 22-20519. I stand alone for my Son. Whom I thought was family set the plot to retrieve funds. Be aware of Texas Civil Rights Project as they were introduced to me in 1992. Im facing an arson now that was a result of me not folding and remaining Pro Se. Technology was used to create Barnes V. Felix. Research MICROSOPIC MAGNETIC ROBOTS. It was and has been used on me since my sons death. Please send a copy of my appeal to this address as well

ORLANDO MAYERS
4801 WOODWAY DRIVE SUITE-315
HOUSTON, TEXAS 77056

I have been arrested since my sons death with no charges for over three months. Adam FOMBY was aware. He is a divorce lawyer and Bennett (Judge) came from family court. My son was murdered. I'm gonna fight as any father would. Please help me with a copy, so I can use it to show the injustice and my innocence. Please forward this letter to EROD for consideration I was never allowed to come on record. Year prior to my sons death I was asked to help campaign for Judge Bennett by a case worker at USDC named Pattie Mildred Edwards from my hometown 100 miles away, from the shooting

Sincerely
Tommy Raines

Please for the sake of THE CONSTITUTION OF USA

# 411 Calls night before. Same female officer came next day. Same female officer came when transfered by ambulance to hospital. Notified paramedic of something in my chest/sodomy. At hospital I was ambushed again by smaller micro robots that entered through my nose and ear cavity. I then refused treatment and was given a ride home by an officer. Officer offered food and drove to McDonalds first. Strange Bozo then came by house to sell checks on officers food. Fletch messenaered me about bringing me food. Veronda and Tootie showed up. Went out me a Bic Reo I was being ambushed. Asked to stop. Wouldn't. I then set the house on fire.

10/16/24 mailed letter to Hospital District about Magnetic Micro Robotics and report on my records along with names of attending nurses and paramedics that delivered me.

10-16-24- Sent copy of letter to KPRC along with letter. Forward to Mayor D.A. of Educ. Harris County Attorneys Office

10-16-24- Sent Proposal for 212,000,000.00 to Harris County Attorneys Office on record about Magnetic Micro Robots.

10-18-24 had parole hearing. On record about Magnetic Micro Robots. Informed Gulf Bend about Magnetic

10-18-24 Gulf bend visit ordered by county. Informed Gulf Bend about Magnetic micro robotics.

10-18-24- Contacted news about situation.

11-21-24 mailed affidavit to District Attorneys office in regards to arson case.

11-21-24 sent request for medical about gastrointestinal pains.

11-25-24 Seen nurse about stomach pain. Refered to physician

11-25-24 Contacted News investigation reporter.

11-26-24 mailed petition to Supreme Court for investigation into Murder of Ashtian Barnes by agency outside Texas Jurisdiction.

11-29-24 Sent request to Supreme Court Clerk requesting transcript of case.

11-29-24 Sent motion to suppena to court for evidence for defense in Arson

11-30-24 Sent letter to Office of Inspector General in Arlington VA to insure my mail is getting to Clerk of Supreme Court.

12-2-24 received letter from Supreme Court / Wrote Seth of Harris County about truth in Ashtians death.

12-2-24 Wrote CW39 News about truth informed them about Seths' letter

12-3-24 Mail was not picked up after informing picket at breakfast.

12-3-24 Answered Supreme Courts letter and inquired about motions filed.

12-4-24 Wrote Kim Ogg. Informed her of letter to Seth (Harris County Att) Asking for an investigation.

12-5-24 still have not gotten request answered for Kim Ogg address.

12-5-24 mailed Kim Ogg letter Sent Motion for to ____

12-08-24 mailed letter to Jackson County requesting investigation in ____ 317

12-09-24 - Wrote letter to Pam Gunthell asking for amendment of charges and conference.

12-09-24 wrote NAACP in Houston asking for help. I Knowing

LEGAL

LEGAL

LEGAL

LEGAL

Activity Log 2024

Exhibit A - Request #532111791 (Impediment of due process)

Exhibit B - Grievance #5023620051 (Impediment of due process)

Exhibit C - Request #5040146051 (Impediment of due process

Exhibit D - Grievance #521161651 /

Exhibit E - Grievance # 504352761

Exhibit F - Grievance # 5023620051

Exhibit G - Request # 503578721

Exhibit Ha - Cover letter to medical records sent to defendant

Exhibit Hb - Authorization release of medical records defendant filled out when applying for medical records

Exhibit I - Reply to defendants grievance and question asking do the facility posess of have access to Microscopic Magnetic Robots, Lana Janica

Feb-03-2025 received copy of Pre-Trial Motion from USDC and also receive a reply letter from Jackson County Hospital District in regards to my allegations of being sodomized by method of Microscopic Magnetic Robots answered letter with question (7) to be answered by Hospital District.

02-06-25 Went to arraignment. Judge Ordered psych and competency testing and assigned Chris Isles standby attorney.

02-07-25 Sent letter to Jail admin pursuant SSD about preservation of video footage and present day medical condition from sodomizing claim

12-10-25 Wrote Attorney General Independent Counsel asking for investigation✱ Wrote Pam Gunther about diagram of organized crime that I sent from prison to her office questioning the hands of County of Jackson and Municipality; Wrote Fire Marshall about what was said during interview Sent Affidavit to District Clerk to be placed in Record with T. Norman and White deposition

02-11-25 wrote Department of Justice Petitioning an investigation Wrote Chief of Police Edna to get Female officer name and assigned schedule 28th also name of Male officer who gave me a ride home and insured I get something to eat from McDonalds

2-12-25 wrote ACLU with petition, wrote Chris Isles and answered by letter #A1

| Date | Entry |
|---|---|
| 02-12 | received partial copies of motions submitted to Sharon. Return to Sender requesting entire entry. |
| 2-14-25 | wrote Boone sheriff of Jackson County informing him of sodomization and requesting booking report. |
| * | Wrote Sean Teare Harris County DA requesting an investigation be reopened on Ashtian Murder, etc. Pursant Texas Public Information Act. |
| 2-14-25 | wrote Melissa Walter pen pal |
| 2-15-25 | returned motions to Sharon requesting entire motion. |
| 2-16-25 | Wrote Texas Jail Project and informed them of false arrest in Harris County and Sexual Assault in Jackson County |
| 2-16-25 | Wrote Progressive Insurance about info on wreck in Oklahoma, |
| 2-18-25 | recieved authorization from JCHD for records. Returned |
| 2-18-22 | mailed letter to Bee County requesting marriage decree. |
| 2-19-25 | received letter from Chief Pyle answering first letter I sent. Mailed all copies back to him requesting investigation. |
| 2-20-25 | Seen Dr about discomfort. She terminated visit when I informed her of discomfort still in existance as she read vitals. Requested internal imaging of problem area. |
| 2-21-25 | Wrote grievance about medical condition and how condition was obtained. |
| 2-21-25 | Wrote request for copy of requests # 52116165?, 50435276?, 50236205?, and request that I previously sent requesting to speak with Jail administrator about sexual assault. |

(26)

| | |
|---|---|
| 01-10-25 | Indicted on Arson Charge. |
| 01-11-25 | Sent motion to Supreme Court to incoporate findings of Janice Hughes. |
| 01-12-25 | Sent Mike Elliott letter about repersentation. |
| 01-13-25 | received docket transcript from my Pro Se repersentation from United States District Court. |
| 01-14-25 | Sent District Clerk of Jackson County Motion to repersent myself pro Se. |
| 1-19-25 | resent letter to Ben that returned due to lack of suit # sent original affidavit to District Clerk to be entered to record and sent to all inrvested parties. |
| 1-21-25 | Sent letter to Jackson County Hospital District pursant to Tex Info. Act. about investigation and do they exercise the use of Microscopic Magnetic Robots at their facility |
| 1-22-25 | got letter returned that I sent Quanell X reason being wrong address. |
| 1-23-25 | Received notice from USDC that notice to appeal was enclosed with letter on CD formen. No CD was given to me as of date. |
| 1-26-25 | Drops Texas Rangers in Austin and Sent letter they was returned that I sent to Quanell X |
| 1-26-25 | Sent motion for copy of appeal brief to 5th Circuit including sealed documents. |

| | |
|---|---|
| 12-11-24 | received answer from motion requesting Bench Warrant to oral argument |
| 12-12-24 | received copies of the Amicus Brief from Due Process Lawyer |
| 12-17-24 | Wrote Seth Hopkins (Harris County Attorney) RE: 212,000,000.00 proposal deadline |
| 12-17-24 | Seen Woman Doctor about Cat Scan and she evaded gastrointestinal stopped visit |
| 12-17-24 | Talked with Ben. Setting up Attorney Visit Call taking civil case |
| 12-19-24 | Attorney call with Ben. Discussed case and got a plan. Wrote Ben about contacting news and several other issues. article that made govt respond? Sent Amicus from Due Process Group. |
| 12-23-24 | Got documents from Supreme Court about not accepting my brief. |
| 12-25-24 | Wrote Due Process Institute. Thanks! advise on Jackson County District Clerk not answering my motions Pro Se |
| 12-26-24 | put in request to speak with FBI and Texas Rangers |
| 12-30-24 | Wrote Brian Rodges @ Houston Chronicle about Ashtian |
| 12-31-24 | Wrote District Court about copy of docket sheet. |

2025   2025   2025   2025

| | |
|---|---|
| 1-2-2025 | talked with Ben about contacting Brian Rodges of Houston Chronicle he agreed and said he have connections at Channel 11 |
| 12-2-25 | Wrote Texas Rangers @ 102 Texas Ranger Trail Waco Texas 76706 asking to be interviewed whistle blowing. |
| 1-7-25 | sent signed affidavit to Ben about Tommy arrival and speaking on Microscopic Magnetic Robots. and names of witnesses. |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 21, 2025

Tommy Barnes # 4549
**(1240) LEGAL MAIL**
115 West Main Street
Edna, Texas 77957

Re: 202505463 - Tommy Barnes - Larry Christopher Iles

Dear Tommy Barnes:

Pursuant to Rule 2.10 of the Texas Rules of Disciplinary Procedure, the Office of Chief Disciplinary Counsel of the State Bar of Texas has reviewed the above-referenced grievance and determined that the information provided alleges Professional Misconduct or a Disability, or both. Additionally, we have determined that the person filing the grievance satisfies the requirements of Rule 1.06G of the Texas Rules of Disciplinary Procedure.

The lawyer ("Respondent") will be provided a copy of your Complaint and directed to deliver a response to the Office of the Chief Disciplinary Counsel, and to you, within **thirty (30) days** of receiving notice of the Complaint. **Please be advised that pursuant to Rule 2.10B of the Texas Rules of Disciplinary Procedure, within thirty (30) days of receipt of notice of the Complaint, Respondent may appeal the classification determination to the Board of Disciplinary Appeals. If Respondent files an appeal, you will receive written notification from the Board of Disciplinary Appeals. In such event, the deadline for Respondent to deliver a response to the Complaint will be stayed pending a decision on the appeal.**

Should the Board of Disciplinary Appeals reverse the classification determination, your Complaint will be dismissed as an Inquiry. If the Board of Disciplinary Appeals affirms the classification determination, Respondent will be required to deliver a response to the Complaint to the Office of Chief Disciplinary Counsel, and to you, within **thirty (30) days** from receipt of the Notice of Affirmance from the Board of Disciplinary Appeals.

After receipt of Respondent's written response, the Office of Chief Disciplinary Counsel shall investigate the Complaint to determine whether there is Just Cause to believe that the lawyer has committed Professional Misconduct or suffers from a Disability. During this time, it is important that you keep us informed of any changes to your address, telephone number, or employment, and that you cooperate fully with our investigation. You will be notified in writing of further proceedings in this matter.

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure.

Sincerely,

Bianca Nicole Schmerber

BNS/vr

cc:    Larry Christopher Iles

****The investigator assigned to this case is Orlando Mayers. If you have any questions or would like to discuss this matter further, please contact the investigator at 713-758-8200.****

MR. TOMMY DUANE BARNES
2900 SOUTH LOOP 256
PALASTINE, TEXAS 75801

NORTH TEXAS TX 750

8 JAN 2026 PM

FIRST-CLASS

US POSTAGE (M) PITNEY BOWES

ZIP 75801
02 7H
0006136134

$ 000.74⁰

JAN 07 2026

UNITED STATES COURT OF APPEALS
C/O LYLE W. CAYCE
600 S. MAESTRI PLACE SUITE 115
NEW ORLEANS LA 70130

LEGAL

70130-344040