# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Janice Hughes Barnes, Individually and as Representative of the Estate of Ashtain Barnes, Deceased
v. Felix Roberto, Jr. et al.
No. 25-1005
(Your No. 22-20519)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 12, 2026 and placed on the docket February 24, 2026 as No. 25-1005.

Sincerely,

Scott S. Harris, Clerk

by

Lisa Nesbitt
Case Analyst